460 P.2d 261

**Wendell HENRY and Debbie Gail Henry, Petitioners,**

v.

**Honorable E. Forrest SANDERS, Judge of the District Court of Otero County, New Mexico, Respondent.**

No. 8941.

Supreme Court of New Mexico.

Nov. 4, 1969.

MOISE, COMPTON, TACKETT and WATSON, Justices, concurring; NOBLE, Chief Justice, being absent and not participating.

Ordered that petition for writ of prohibition be and the same is hereby denied.

460 P.2d 261

**Paul W. SHARPE, Petitioner,**

v.

**The Honorable Gerald D. FOWLIE, Judge of the District Court, Second Judicial District within and for Bernalillo County, New Mexico, Respondent.**

No. 8942.

Supreme Court of New Mexico.

Nov. 6, 1969.

COMPTON, TACKETT and WATSON, Justices, concurring; NOBLE, Chief Justice and MOISE, Justice, being absent and not participating.

Ordered that petition for writ of prohibition be and the same is hereby denied.

460 P.2d 261

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**John Lavurn McFERRAN, Defendant-Appellant.**

No. 8937.

Supreme Court of New Mexico.

Nov. 7, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 301 be and the same is hereby returned to the Clerk of the Court of Appeals, 80 N.M. 622, 459 P.2d 148.

460 P.2d 261

**STATE of New Mexico, ex rel. J. E. BAKER, Warden of the New Mexico State Penitentiary, Petitioner,**

v.

**James M. SCARBOROUGH, District Judge of the First Judicial District, State of New Mexico, Respondent.**

No. 8947.

Supreme Court of New Mexico.

Nov. 12, 1969.

MOISE, Acting Chief Justice, and COMPTON, TACKETT and WATSON, Justices, concurring.

Ordered that petition for writ of prohibition be and the same is hereby denied.